In re:                                                          Case No. 19-13057-BKM
BRIDGET JEANELL AEBLY                                           Chapter 7
        Debtor        **CERTIFICATE OF NOTICE**

District/off: 0970-2        User: admin          Page 1 of 3          Date Rcvd: Jan 27, 2020
                           Form ID: 318          Total Noticed: 98

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
```
db              +BRIDGET JEANELL AEBLY,    1340 N. RECKER RD., #125,   MESA, AZ 85205-4427
15808392        +Amcol Systems, Inc.,   111 Lancewood Road,   Columbia SC 29210-7523
15808393        +Amcol Systems, Inc.,   PO Box 21625,   Columbia SC 29221-1625
15808394        +Arcadia Biltmore Justice Court,   RE Case#: CC2016-142646,   620 W. Jackson St.,
                 Phoenix AZ 85003-2403
15808403        +BYL Collection Services, LLC,   301 Lacey Street, 2nd Floor,   West Chester PA 19382-3727
15808404         BYL Collection Services, LLC,   PO Box 1313,   Malvern PA 19355-0653
15808405        +BYL Collection Services, LLC,   PO Box 569,   Malvern PA 19355-0569
15808401        +Big 3 Auto Mart,   1400 N. Arizona Ave.,   Chandler AZ 85225-7016
15808402        +Big 3 Auto Mart,   8022 N. 47th St.,   Paradise Valley AZ 85253-2906
15808409        +Checksmart,   PO Box 3544,   Dublin OH 43016-0269
15808410        +Checksmart,   Attn: Bankruptcy,   PO Box 3544,   Dublin OH 43016-0269
15808411        +City of Mesa,   PO Box 1466,   Mesa AZ 85211-1466
15808413         City of Mesa Utilities,   PO Box 1878,   Mesa AZ 85211-1878
15808412        +City of Mesa Utilities,   55 North Center Street,   Mesa AZ 85201-7320
15808420        +Credit Security Acceptance Corp.,   1225 W. Main St., Ste. 101, Box 601,   Mesa AZ 85201-7040
15808422        +Credit Security Acceptance Corp.,   540 W. Iron Ave., Ste. 204,   Mesa AZ 85210-6027
15808421        +Credit Security Acceptance Corp.,   PO Box 1310,   Mesa AZ 85211-1310
15808423        +David Aebly,   351 N. Peart Rd., #1711,   Casa Grande AZ 85122-4283
15808424        +Desert Financial,   2231 W. Main St.,   Mesa AZ 85201-6805
15808427        +Equifax Credit Information Services, Inc,   PO Box 740241,   Atlanta GA 30374-0241
15808428        +Experian Information Solutions, Inc.,   PO Box 4500,   Allen TX 75013-1311
15808430        +GM Automotive Funding, LLC,   6701 N. Scottsdale Rd., Ste. 21,   Scottsdale AZ 85250-4404
15808429        +GM Automotive Funding, LLC,   10728 E. Cottontail Lane,   Scottsdale AZ 85255-8148
15808432         IQ Data International, Inc.,   PO Box 340,   Bothell WA 98041-0340
15808438         Merchants & Medical Credit Corporation,   6324 Taylor Dr.,   Flint MI 48507-4685
15808439         National Medical Professionals,   PO Box 841407,   Dallas TX 75284-1407
15808444        +Progressive Insurance,   6300 Wilson Mills Rd.,   Cleveland OH 44143-2182
15814789        +ROCKYS AUTO CREDIT,   PO BOX 6834,   Mesa, AZ 85216-6834
15808446        +Red Mountain Funding, Inc.,   955 E. Main St.,   Mesa AZ 85203-8819
15808447        +Rocky's Auto Credit,   PO Box 6834,   Mesa AZ 85216-6834
15808448         Rocky's Auto Credit,   2440 W. Camelback Rd.,   Phoenix AZ 85015-3419
15808449         Salt River Project,   PO Box 52025,   Phoenix AZ 85072-2025
15808450        +San Tan Precinct Justice Court,   RE CASE#: CC2015-111905,   201 E. Chicago St., Ste. 105,
                 Chandler AZ 85225-8502
15808451        +Southern California Edison,   Attn: Bankruptcy,   PO Box 800,   Rosemead CA 91770-0800
15808452         Southwest Gas Corporation,   PO Box 98512,   Las Vegas NV 89193-8512
15837020         Southwest Gas Corporation,   Attn: Bankruptcy Desk,   P.O. Box 1498,
                 Victorville, CA 92393-1498
15808455       ++TCF NATIONAL BANK,   1405 XENIUM LANE,   MC OPS-SD-G,   PLYMOUTH MN 55441-4402
                 (address filed with court: TCF National Bank,   801 Marquette Avenue,   Minneapolis MN 55402)
15808456        +TCF National Bank,   1405 Xenium Ln. N,   Minneapolis MN 55441-4402
15808457        +TCF National Bank Arizona,   4001 E. Mountain Sky Ave., Ste. 101,   Phoenix AZ 85044-3743
15808454        +Tanvir Ahmad, MD,   7020 Smoke Ranch Rd., #150,   Las Vegas NV 89128-3111
15808458        +Texas Physicians Resources,   6451 Brentwood Stair Rd., Ste. 200,   Fort Worth TX 76112-3200
15808459         Texas Physicians Resources, LLP,   PO Box 8776,   Fort Worth TX 76124-0776
15808461        +The Hallstrom Law Firm, PLLC,   1221 E. Osborn Rd., Ste. 101,   Phoenix AZ 85014-5540
15808460        +The Hallstrom Law Firm, PLLC,   6635 W. Happy Valley Rd., Ste. A104-466,
                 Glendale AZ 85310-2609
15808463        +Total, LLC,   3971 N. Village St.,   Buckeye AZ 85396-3558
15808462        +Total, LLC,   2415 W. Broadway Rd., #40277,   Mesa AZ 85274-3013
15808464         TransUnion Consumer Solutions,   PO Box 2000,   Chester PA 19016-2000
15808469        +Transworld Systems, Inc.,   PO Box 17221,   Wilmington DE 19850-7221
15808476        +US Department of Education,   181 Montour Run Road,   Coraopolis PA 15108-9408
15808473        +United Revenue Corp.,   204 Billings St., Ste. 120,   Arlington TX 76010-2495
15808474        +Universal Recovery Corporation,   2880 Sunrise Blvd., Ste. 136,   Rancho Cordova CA 95742-6102
15808479        +Valley Collection Service,   Attn: Bankruptcy,   17431 N. 71st Dr., Ste. 104,
                 Glendale AZ 85308-8598
15808478         Valley Collection Service,   PO Box 10130,   Glendale AZ 85318-0130
15808480        +West McDowell Justice Court,   Re Case#: CC2017-061554,   620 W. Jackson St., Ste. 1038,
                 Phoenix AZ 85003-2410
15808481        +Western General Insurance,   PO Box 4493,   Woodland Hills CA 91365-4493
15808482        +Williams, Zinman & Parham, P.C.,   7701 E. Indian School Rd., Ste. J,
                 Scottsdale AZ 85251-4041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BDABIRDSELL Jan 28 2020 06:38:00   DAVID A. BIRDSELL,   216 N. CENTER,
                 MESA, AZ 85201-6629
smg              EDI: AZDEPREV.COM Jan 28 2020 06:38:00   AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
15808387        +EDI: AFNIRECOVERY.COM Jan 28 2020 06:38:00   AFNI, Inc.,   404 Brock Drive,
                 Bloomington IL 61701-3963
15808391        +EDI: AFNIRECOVERY.COM Jan 28 2020 06:38:00   AFNI, Inc.,   Attn: Bankruptcy,   PO Box 3427,
                 Bloomington IL 61702-3427
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15808388      +EDI: AFNIRECOVERY.COM Jan 28 2020 06:38:00      AFNI, Inc.,   1310 Martin Luther King Dr.,
              Bloomington IL 61701-1465
15808390      +EDI: AFNIRECOVERY.COM Jan 28 2020 06:38:00      AFNI, Inc.,   PO Box 3097,
              Bloomington IL 61702-3097
15808389       EDI: AFNIRECOVERY.COM Jan 28 2020 06:38:00      AFNI, Inc.,   PO Box 3517,
              Bloomington IL 61702-3517
15808395      +EDI: AZDEPREV.COM Jan 28 2020 06:38:00      Arizona Department of Revenue,
              c/o Tax, Bankruptcy, and Collections,   2005 N. Central Ave., Ste. 100,
              Phoenix AZ 85004-1546
15808396       E-mail/Text: bankruptcy@aps.com Jan 28 2020 02:50:14      Arizona Public Service,   PO Box 53933,
              Sta. 3200,   Phoenix AZ 85072-3933
15808399      +E-mail/Text: bankruptcy@autonowfinancial.com Jan 28 2020 02:51:42
              Auto Now Financial Services, Inc.,   4201 W. Bethany Home Rd.,   Phoenix AZ 85019-1800
15808398      +E-mail/Text: bankruptcy@autonowfinancial.com Jan 28 2020 02:51:42
              Auto Now Financial Services, Inc.,   PO Box 28440,   Tempe AZ 85285-8440
15808400      +E-mail/Text: bankruptcy@autonowfinancial.com Jan 28 2020 02:51:42
              Auto Now Financial Services, Inc.,   PO Box 816,   Glendale AZ 85311-0816
15808397      +E-mail/Text: bankruptcy@autonowfinancial.com Jan 28 2020 02:51:42
              Auto Now Financial Services, Inc.,   4240 W. Glendale Ave.,   Phoenix AZ 85051-8138
15808407      +E-mail/Text: cashamerica@nuvox.net Jan 28 2020 02:49:55      Cash America,   1600 W. 7th St.,
              Fort Worth TX 76102-2599
15808406      +E-mail/Text: cashamerica@nuvox.net Jan 28 2020 02:49:56      Cash America,
              17 Triangle Park Dr.,   Cincinnati OH 45246-3411
15808408      +E-mail/Text: bkinfo@ccfi.com Jan 28 2020 02:49:48      Checksmart,   6785 Bobcat Way, Ste. 200,
              Dublin OH 43016-1443
15808414      +E-mail/Text: compliance@contractcallers.com Jan 28 2020 02:52:25      Contract Callers, Inc.,
              501 Greene St., 3rd Fl., Ste. 302,   Augusta GA 30901-4415
15808416      +E-mail/Text: CCICollectionsGlobalForms@cox.com Jan 28 2020 02:51:32      Cox Communications,
              PO Box 78071,   Phoenix AZ 85062-8071
15808418      +EDI: CCS.COM Jan 28 2020 06:38:00      Credit Collection Services,   PO Box 773,
              Needham Heights MA 02494-0918
15808419      +EDI: CCS.COM Jan 28 2020 06:38:00      Credit Collection Services,   725 Canton Street,
              Norwood MA 02062-2679
15808417       EDI: CCS.COM Jan 28 2020 06:38:00      Credit Collection Services,   PO Box 607,
              Norwood MA 02062-0607
15808426       EDI: ECMC.COM Jan 28 2020 06:38:00      ECMC,   PO Box 64909,   Saint Paul MN 55164-0909
15808425      +EDI: ECMC.COM Jan 28 2020 06:38:00      ECMC,   PO Box 16408,   St. Paul MN 55116-0408
15808435      +E-mail/Text: compliance@iqdata-inc.com Jan 28 2020 02:52:39      IQ Data International, Inc.,
              21222 30th Drive SE, Ste. 120,   Bothell WA 98021-7019
15808433      +E-mail/Text: compliance@iqdata-inc.com Jan 28 2020 02:52:39      IQ Data International, Inc.,
              1000 SE Everett Mall Way,   Everett WA 98208-2814
15808436       E-mail/Text: compliance@iqdata-inc.com Jan 28 2020 02:52:39      IQ Data International, Inc.,
              PO Box 39,   Bothell WA 98041-0039
15808434       E-mail/Text: compliance@iqdata-inc.com Jan 28 2020 02:52:39      IQ Data International, Inc.,
              PO Box 2130,   Everett WA 98213-0130
15808437      +E-mail/Text: compliance@iqdata-inc.com Jan 28 2020 02:52:39      IQ Data International, Inc.,
              PO Box 3568,   Everett WA 98213-8568
15808431      +EDI: IRS.COM Jan 28 2020 06:38:00      Internal Revenue Service,
              Centralized Insolvency Operations,   PO Box 7346,   Philadelphia PA 19101-7346
15808441      +E-mail/Text: northmesajusticecourt@mcjc.maricopa.gov Jan 28 2020 02:51:44
              North Mesa Justice Court,   RE Case #: CC2016-193892,   1837 S. Mesa Dr.,   Mesa AZ 85210-6219
15808440      +E-mail/Text: northmesajusticecourt@mcjc.maricopa.gov Jan 28 2020 02:51:44
              North Mesa Justice Court,   RE Case #: CC2019-136480,   1837 S. Mesa Dr.,   Mesa AZ 85210-6219
15808442       E-mail/Text: info@plazaservicesllc.com Jan 28 2020 02:44:12      Plaza Services LLC,
              110 Hammond Dr., Ste. 110,   Atlanta GA 30328
15808443      +E-mail/Text: vcrockett@plusfourinc.com Jan 28 2020 02:52:42      PlusFour, Inc.,   PO Box 95846,
              Las Vegas NV 89193-5846
15808445      +E-mail/Text: rmf916@gmail.com Jan 28 2020 02:52:09      Red Mountain Funding, Inc.,
              916 E. Baseline Rd.,   Mesa AZ 85204-6603
15808453      +E-mail/Text: nicole@spotmeloans.com Jan 28 2020 02:51:59      Spot Me Title Loans Inc.,
              7919 E. Thomas Rd., Ste. 108,   Scottsdale AZ 85251-6540
15808470      +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 02:51:48      Transworld Systems, Inc.,
              9525 Sweet Valley Drive, Bldg. A,   Cleveland OH 44125-4237
15808468      +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 02:51:48      Transworld Systems, Inc.,
              Attn: Bankruptcy,   PO Box 15618,   Wilmington DE 19850-5618
15808467      +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 02:51:48      Transworld Systems, Inc.,
              500 Virginia Dr., Ste. 514,   Fort Washington PA 19034-2733
15808472      +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 02:51:48      Transworld Systems, Inc.,
              5626 Frantz Road,   Dublin OH 43017-1559
15808465      +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 02:51:49      Transworld Systems, Inc.,
              PO Box 15630,   Wilmington DE 19850-5630
15808471      +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 02:51:49      Transworld Systems, Inc.,
              PO Box 15636,   Wilmington DE 19850-5636
15808475       EDI: ECMC.COM Jan 28 2020 06:38:00      US Department of Education,   PO Box 5609,
              Greenville TX 75403-5609
                                                                                          TOTAL: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15808415    ##+Contract Callers, Inc.,   PO Box 3000,   Augusta GA 30914-3000
15808466    ##+Transworld Systems, Inc.,   2235 Mercury Way, Ste. 275,   Santa Rosa CA 95407-5463
15808477     ##Valley Collection Service,   PO Box 520,   Glendale AZ 85311-0520
                                                                         TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
```
        DAVID A. BIRDSELL    ecf@azbktrustee.com,  dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com
        KENNETH 1 NEELEY    on behalf of Debtor BRIDGET JEANELL AEBLY ecf@neeleylaw.com,  ign@neeleylaw.com
        KENNETH L NEELEY    on behalf of Debtor BRIDGET JEANELL AEBLY ecf@neeleylaw.com,
         ign@neeleylaw.com,r50688@notify.bestcase.com
        U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                         TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **BRIDGET JEANELL AEBLY** | Social Security number or ITIN **xxx–xx–1337** |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Arizona**

Case number:   **2:19–bk–13057–BKM**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

BRIDGET JEANELL AEBLY

1/27/20

**By the court:** <u>Brenda K. Martin</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---