# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| BRIDGET JEANELL AEBLY, | ) Case No. 2:19-bk-13057-BKM |
| Debtor. | ) **ORDER VACATING HEARING ON TRUSTEE'S MOTION FOR TURNOVER OF BANKRUPTCY ESTATE PROPERTY, PURSUANT TO 11 U.S.C. SEC. 542** |
| | ) **Hearing Date: October 26, 2023** |
| | ) **Hearing Time: 2:00 p.m.** |
| | ) **Hearing Location: Telephonic** |

This matter having come before the Court on the *Trustee's Motion to Vacate Hearing on the Trustee's Motion for Turnover of Bankruptcy Estate Property, Pursuant to 11 U.S.C. Sec. 542* ("Motion") filed on October 19, 2023 at Docket No. 32 by the Chapter 7 Trustee, David A. Birdsell, ("Trustee"), by and through his attorneys; the Court having reviewed the Motion; the Trustee having withdrawn his *Trustee's Motion for Turnover of Bankruptcy Estate Property, Pursuant to 11 U.S.C. Sec. 542* ("Turnover Motion") without prejudice filed on June 4, 2022 at Docket No. 20; and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on the Turnover Motion scheduled for October 26, 2023, at 2:00 p.m. is hereby VACATED.

**DATED AND SIGNED ABOVE.**